Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

# UNITED STATES DISTRICT COURT
for the

District of

Division

Vivienne Fravien

_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

MGM Fenway Music Hall

_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No

2025 OCT 30 PM 3:05
FILED OFFICE

## COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Vivienne Fravien
   Street Address: PO Box 203 Roslindale, MA
   City and County:
   State and Zip Code:
   Telephone Number:
   E-mail Address: vfravien@outlook.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

Defendant No. 1
    Name — MGM Music F Fenway Music Hall
    Job or Title (if known)
    Street Address — 2 Landsdown Boston, MA
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

Defendant No. 2
    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

Defendant No. 3
    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

Defendant No. 4
    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

### C. Place of Employment

The address at which I am employed or was employed by the defendant(s) is

Name: MGM Fenway Music Hall
Street Address: 2 Landsdown
City and County: Boston, MA
State and Zip Code:
Telephone Number:

## II. Basis for Jurisdiction

This action is brought pursuant to *(check all that apply)*:

- [x] Fair Labor Standards Act, as codified, 29 U.S.C. §§ 201 to 209.
- [x] Relevant state law
- [x] Relevant city or county law

## III. Statement of Claim

State as briefly as possible the facts of your case. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Nature of employer's business: Concert venue opened 8/2022. Was hired at job fair. Two weeks into employment employer had not paid 3 checks for wages. Discrimination based off lies, and retaliation

B. Dates of employment: 8/2022 — 10/2022

C. Employee's job title and a description of the kind of work done: Bartender

D. Rate, method, and frequency of wage payment: 9 hrly w/ tips

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

E. Number of hours actually worked each week in which a violation is claimed:

about 30 pluse weekly

F. Description of the alleged violation(s) *(check all that apply)*:

[✓] Failure to pay the minimum wage *(explain)*

[ ] Failure to pay required overtime *(explain)*

[✓] Other violation(s) *(explain)*

credit card tips

G. Date(s) of the alleged violation(s):

8/22 — 10/22

H. Additional facts:

civil rights violation of misgendering rumor started by a Live Nation ~~exec~~ executive.

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive money damages.

Damages awarded in a default against MGM/Live Nation. Default awarded November as defendants did not reply to case after being served verbally and mailed. Relief from the "Vacate Default" judgment in Feb 2025 four months after defendants defaulted.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/30/25

Signature of Plaintiff: /s/

Printed Name of Plaintiff: Vivienne Frazien

B. **For Attorneys**

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____

| | |
|---|---|
| Street Address | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | Vfravienji@outlook.com |